## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| **JARED SERMON AND JAMIE, SERMON**, <br> Plaintiff, <br><br> vs. <br><br> **IQ DATA INTERNATIONAL, INC.,** <br><br> Defendant. | ) Case No. 2:09-cv-01597-JLR <br> ) <br> ) <br> ) **NOTICE OF SETTLEMENT** <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 11th day of August, 2010

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Filed electronically on this 11th day of August, 2010, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system this 11th day of August, 2010 to:

5

6  Michael O'Meara
   I.Q. Data International, Inc.,
7  1010 SE Everett Mall Way, Suite 100
   Everett, WA 98208
8

9  By: s/Jessica DeCandia
          Jessica DeCandia
10

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com