# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

### AT SEATTLE

| | |
|---|---|
| **JARED SERMON AND JAMIE, SERMON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**IQ DATA INTERNATIONAL, INC.**<br><br>Defendant. | Case No. 2:09-cv-01597-JLR<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 10th day of September, 2010.

| For Plaintiffs, | For Defendant, |
|---|---|
| s/ Jon N. Robbins | s/ Michael O'Meara |
| Weisberg & Meyers, LLC | Corporate Counsel for IQ Data International |

1  STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Filed electronically on this 10th day of September, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 10th day of September, 2010 to:

Michael O'Meara
I.Q. Data International, Inc.,
1010 SE Everett Mall Way, Suite 100
Everett, WA 98208


By: s/ Tremain Davis
    Tremain Davis

2   STIPULATION FOR DISMISSAL                                WEISBERG & MEYERS, LLC
                                                             3877 N. Deer Lake Rd.
                                                             Loon Lake ,WA 99148
                                                             509-232-1882
                                                             866-565-1327 facsimile
                                                             jrobbins@AttorneysForConsumers.com